Jose A. RAGUINE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 04–3234.

United States Court of Appeals,
Federal Circuit.

DECIDED: Dec. 8, 2004.

Before SCHALL, BRYSON, and DYK,
Circuit Judges.

DECISION

PER CURIAM.

Jose A. Raguine appeals from an order
of the Merit Systems Protection Board in
Docket No. SE0831030231–I–1, 2004 WL
601756, upholding the decision of the Of-
fice of Personnel Management ("OPM"),
denying his request for a retirement annu-
ity. We *affirm*.

BACKGROUND

Mr. Raguine worked for the Department
of the Navy at the Navy's Subic Bay Naval
Base in the Philippines until he retired in
1992. Mr. Raguine subsequently applied
for an annuity, which OPM denied on De-
cember 9, 1993. On August 18, 1999, Mr.
Raguine again applied for an annuity.
OPM rejected that application, noting that
it had already denied his request for an
annuity six years earlier. Three and a half
years later, Mr. Raguine submitted a re-
quest for reconsideration of that decision.
The request for reconsideration was post-
marked on January 8, 2003. OPM denied
the request for reconsideration based on
lack of timeliness, and Mr. Raguine ap-
pealed to the Board. On appeal to the
Board, Mr. Raguine claimed that circum-
stances beyond his control—a prolonged
illness and indigence—prevented him from
filing a timely reconsideration request.

Mr. Raguine did not request a hearing,
and the administrative judge decided the
appeal on the written record. Mr. Ra-
guine proffered several statements relat-
ing to his medical and financial condition
and copies of medical reports as evidence
of his illness and indigence. The adminis-
trative judge, however, found that that the
medical documents did not identify the
time period during which Mr. Raguine suf-
fered from his infirmities. More impor-
tantly, the administrative judge found that
Mr. Raguine had failed to explain why his
medical and financial conditions prevented
him from filing a timely request for recon-
sideration. The administrative judge not-
ed that Mr. Raguine's infirmities and indi-
gence did not prevent him from filing a
second application for annuity benefits in
1999 or filing an appeal with the Board.
The administrative judge therefore af-
firmed OPM's dismissal of Mr. Raguine's
reconsideration request. The full Board
subsequently denied Mr. Raguine's peti-
tion for review.

DISCUSSION

In his petition for review by this court,
Mr. Raguine does not explain how his fi-
nancial and medical conditions prevented
him from filing a request for reconsidera-
tion for nine years after his first applica-
tion for an annuity was denied and for
three years after the denial of his second
application. He merely states that the
Board "failed to consider[ ] my presented
facts and reasons why my case was un-

timely filed." However, it is clear that the Board considered all the facts and arguments that Mr. Raguine actually presented. Because substantial evidence supports the Board's finding that Mr. Raguine had not shown any justification for the untimeliness of his request for reconsideration, we affirm the decision of the Board.